AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,          ) | | 8:06CR351 |
|          Plaintiff,          ) | | |
|                    ) | | |
| v.          ) | | USM No: 21186-047 |
|           ) | | |
| CRAIG RUFFIN          ) | | DAVID R. STICKMAN |
|          Defendant.          ) | | Defendant's Attorney |
| Date of previous judgment: 7/16/2007          ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

     Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 180 months is reduced to 131 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

    Previous Offense Level:   37          Amended Offense Level:   35
    Criminal History Category:   V          Criminal History Category:   V
    Previous Guideline Range:   360   to   life          Amended Guideline Range:   262   to   327   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated July 16, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 20th day of June, 2008
Effective Date: Friday, July 4, 2008

                                      s/ Laurie Smith Camp
                                      United States District Judge