# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:06CR351** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **CRAIG RUFFIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion. The Court has received and reviewed the 2014 Drug Retroactive Sentencing Worksheet ("Worksheet") prepared and submitted by the District of Nebraska's Probation Office regarding the Defendant's possible reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). Therefore,

IT IS ORDERED that:

1. No later than February 23, 2015, counsel of record shall confer and do one of the following:

    A. File a stipulation signed by both counsel containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence; or

    B. In lieu of the stipulation described in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

2. In the event that the parties do not respond by the deadline listed above, the Court will resentence the Defendant without further notice pursuant to the information contained in the Worksheet.

DATED this 22nd day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge